*Attachment A - Bivens Complaint form*

FILED

JUN 11 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Sarah L Snyder
FPC ALderson
Federal Prison Camp
Glen Ray Rd Box A

(Enter above the full name of the plaintiff
or plaintiffs in this action)

Alderson W.V. 24910

v.

Lakin Correctional Center
+
Division of Corrections  C/O John H Boothroyd
Assistant Attorney General
1409 Greenbrier St
Charleston WV. 25311

(Enter above the full name of the defendant
or defendants in this action)

W.V.

09822087

(Inmate Reg. # of each Plaintiff)

CIVIL ACTION NO. **3:18-1021**

(Number to be assigned by Court)

Defendant(s).

## **COMPLAINT**

I.  **Parties**

A.  Name of Plaintiff:  Sarah L Snyder

Inmate No.:  09822087

Address:  Federal Prison Camp FDC Alderson
Glen Ray Rd Box A
Alderson W.V. 24910

B.   Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

      Name of Plaintiff: _____

      Inmate No.: _____

      Address: _____

      _____

      Name of Plaintiff: _____

      Inmate No.: _____

      Address: _____

C.   Name of Defendant: Lakin Correctional % Division of Corrections

      Position: State Prison System

      Place of Employment: W.V.

      _____

D.   Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

      Name of Defendant: _____

      Position: _____

      Place of Employment: _____

      _____

      Name of Defendant: _____

      Position: _____

      Place of Employment: _____

      _____

2

II.     **Place of Present Confinement**

Name of Prison/Institution: FPC Alderson

A.     Is this where the events concerning your complaint took place?

Yes _____          No _X_

If you answered "no," where did the events occur? _____

Lakin Correctional Center W.V.

B.     Is there a prisoner grievance procedure in this institution?

Yes _X_          No _____

C.     Did you present the facts relating to your complaint in the prisoner grievance procedure?     Yes _X_          No _____

If you answered "no," explain why not: _____

_____

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): _____

Denied   Time to file   exspired

III.    **Previous Lawsuits**

A.     Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _X_          No _____

B.     If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1.     Parties to the previous lawsuit:

Plaintiff(s): Sarah Snyder

Defendant(s): Divison of Corrections

3

2.   Court (if federal court, name the district; if state court, name the county):

_Court of Claims, Charleston W.V._

3.   Docket Number: _CC-17-0551_

4.   Name of judge to whom case was assigned: _Commissioner J. David Cecil_

5.   Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_Can be settled in state or federal Court_

6.   Approximate date of filing lawsuit: _9-5-17_

7.   Approximate date of disposition: _4-27-18_

## IV.   Statement of Claim

State here, as briefly as possible, the <u>facts</u> of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

I was a Inmate at Lakin Correctional Center for I belive 45 Days. May 6Th - May 26th I was having Severe Menstrel cycle To where I was having un Controlable bleeding. During This Time, I tried To get Medical help From Medical Staff. Each Time I was Told nothing wrong with Me Just normal cycle, I was Passing out. Sent To medical From work Staff and

II 2

## III.   STATEMENT OF CLAIM(S)

State here the FACTS of your case.  State how you believe your constitutional rights were violated.  Describe how each Defendant violated your rights.  And set forth the dates on which each event took place.  Do not make legal arguments or cite cases or statutes.   However, identify the constitutional right(s) you allege was/were violated.  If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

Officers Both even Sent me back to unit with out seeing me, I was getting Real Sick from Lose of Blood.
    June 9th 2015 was called To Medical for follow up by a Staff member who I had never seen before. I told Her what was wrong. I was very sick. Couldn't Hardly walk, Big Sore on my toung, Skin was grey Looking. She checked My Blood count it was 5.4, Was Rushed To Pleasent Valley Hospital where I was given 4units emergency Blood. Was Told I would Have been dead The next day, Blood count after That was 10.0. Was in Hospital from June 9th - June 12th in a ICU Room. Due To being a Prisoner

4

#3

### III. STATEMENT OF CLAIM(S) continued

I was never Really Told What was wrong. I was Parolled out June-15-2015 Bop Sent me To FCI Carswell a Medical Center in texas For Forther Care. But after Coming To W.V. To FPC Alderson I find out why I was Bleeding I am Clasified as a Cin 1   1st Stages of cervical cancer

If Lakin Had Properly Cared for me while I was There I would not have been dealing with what I am now.

State ID # 351-6789

Sarah Snyder

5

## IV.   RELIEF

State exactly what you want the Court to do for you.  (If you seek relief which affects the fact or duration of your imprisonment (for example:  release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.)  The Plaintiff(s) want(s) the Court to:

✓   award money damages in the amount of $ 500,000.00

_____   grant injunctive relief by _____

✓   award punitive damages in the amount of $ 1,000,000.00

_____   other: _____

## V.   DECLARATION UNDER PENALTY OF PERJURY
### (each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 1 day of June _____, 2018

_Sarah Leah Snyder_
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 6-1-18 _____.

_Sarah Snyder_
(Signature)

6

<>09822-087<>
Sarah Snyder
098-22-087 UNIT A3
PO BOX BOX A
Federal Prison CAMP
Alderson, WV 24910
United States

<>09822-087<>
Southern Us District Court
Suite 2400
300 Virginia ST E
Charleston, WV 25301
United States

RECEIVED

JUN 11 2018

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

U.S. POSTAGE
PAID
ALDERSON, WV
24910
JUN 07 18
AMOUNT
$0.00
25301
R2305K140580-10